# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### NOTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:22-CR-00361 |
|  | ) |  |
| v. | ) | (BRANN, C.J.) |
|  | ) |  |
| DANIEL J. PICCA, | ) |  |
|     Defendant | ) | (ARBUCKLE, M.J.) |
|  | ) |  |

Type of Case:

( ) Civil      (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | COURTROOM No. 3 |
| Federal Building | 3rd Floor |
| 240 West Third Street | **October 21, 2022** |
| Williamsport, PA 17701 | Time: **1:30 p.m.** |
| TYPE OF PROCEEDING: | **Initial Appearance & Arraignment** |

                                               Peter J. Welsh, Clerk of Court
                                             *s/Christine A. Williamson*
                                           Christine A. Williamson, Deputy Clerk

DATED: October 21, 2022

To:       U.S. Attorney's Office – Geoffrey W. MacArthur
           Defendant
           U.S. Marshal
           Pretrial / Probation
           File