UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:22-CR-00361 |
| | ) | |
| | ) | (BRANN, C.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| DANIEL J. PICCA, | ) | |
| Defendant | ) | |

FILED
WILLIAMSPORT

OCT 2 1 2022

PER _C Alw_____
DEPUTY CLERK

**PLEA**

AND NOW, this 21st day of October 2022, the within named Defendant, hereby

enters a plea of _Not Guilty_ to the within Indictment.

_Daniel J. Picca_
(Defendant's Signature)

_____
(Defense Counsel)

Page 1 of 1