AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL J. PICCA<br><br>*Defendant* | )<br>)  Case No.  4:22-CR-361<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     DANIEL J. PICCA
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
USE OF INTERSTATE FACILITIES TO TRANSMIT INFORMATON ABOUT A MINOR (18:2251)

Date:   10/12/2022

s/ *Nicole R. Reynolds*
*Issuing officer's signature*

City and state:   Williamsport, Pennsylvania

Peter J. Welsh, Clerk by N. Reynolds, deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/13/2022, and the person was arrested on *(date)* 10/21/2022
at *(city and state)*

Date:  10/21/2022

*Arresting officer's signature*

Christian Reite/SA
*Printed name and title*