UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 4: 22-CR-361 |
| : | |
| DANIEL J. PICCA : | |
| : | (CHIEF JUDGE BRANN) |
| : | (M.J. ARBUCKLE) |
| Defendant : | |
| : | |
| : | FILED ELECTRONICALLY |

## ORDER

NOW THIS <u>24th</u> day of October 2022, upon consideration of the United States' motion to unseal the case , IT IS HEREBY ORDERED that the Clerk may unseal the above captioned matter.

*s/William I. Arbuckle*
WILLIAM I. ARBUCKLE
United States Magistrate Court Judge