```
           IN THE UNITED STATES DISTRICT COURT FOR
             THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :
                              :
          v.                  :
                              : No. 4:22-CR-361
DANIEL PICCA,                 :
                              :
          Defendant.          : (Chief Judge Brann)
```

**REQUEST FOR DISCLOSURE OF EXPERT TESTIMONY**

Defendant Daniel Picca, by and through his undersigned counsel, pursuant to Rule 702, 703, and 705 of the Federal Rules of Evidence, and Rule 16(a)(1)(g) of the Federal Rules of Criminal Procedure, requests from the Government any and all information, date, interview, etc. . . upon which any individual called to testify as an "expert" on behalf of the Government has relied in forming the opinions to which he or she will testify, including a written summary of any and all testimony in which the Government intends to use in its case-in-chief.

This written summary should include, but not be limited to, a description of the opinions of any purported experts, including law enforcement officers, the bases and reasons for such opinions, and the qualifications of any such experts.

Dated:     October 31, 2022

                                    MIELE & RYMSZA, P.C.

                                By:   s/ Edward J. Rymsza
                                        Edward J. Rymsza, Esq.
                                        Pa. I.D. No. 82911
                                        Attorney for Defendant
                                        125 East Third Street
                                        Williamsport, PA  17701
                                        (570) 322-2113
                                        (570) 322-8813 (facsimile)
                                        rymsza@comcast.net

**CERTIFICATE OF SERVICE**

I, Edward J. Rymsza, Esq., hereby certify that on this 31st day of October 2022, I served the foregoing Request for Expert Testimony upon Geoff MacArthur, Esq. by electronic mail.

Dated:   October 31, 2022

                        MIELE & RYMSZA, P.C.

                    By:   s/ Edward J. Rymsza
                          Edward J. Rymsza, Esq.
                          Pa. I.D. No. 82911
                          Attorney for Defendant
                          125 East Third Street
                          Williamsport, PA  17701
                          (570) 322-2113
                          (570) 322-8813 (facsimile)
                          rymsza@comcast.net