IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA      :
                              :
         v.                   :
                              :  No. 4:22-CR-361
DANIEL PICCA,                 :
                              :
              Defendant.      :  (Chief Judge Brann)
```

## UNOPPOSED MOTION TO CONTINUE JURY SELECTION AND TRIAL AND FOR AN EXTENSION TO FILE PRE-TRIAL MOTIONS

Defendant Daniel Picca, by and through his undersigned counsel, respectfully moves the Court to continue the jury selection and trial in this matter and for an extension to file any pre-trial motions for the following reasons:

1. Mr. Picca was indicted on October 12, 2022 on one count of Use of Interstate Facilities to Transmit Information about a Minor.

2. Trial is scheduled for March 6, 2023.

3. Some discovery has been received; however, it is anticipated that a large amount of discovery is forthcoming.

4. Additional time is required to obtain and review that discovery, to continue the defense investigation and to determine what if any, pretrial motions are needed.

5. This motion is not made for dilatory purposes, but rather to ensure Mr. Picca's effective representation and a fair trial.

6. The undersigned cannot adequately provide effective assistance of counsel unless this continuance is granted.

7. Consequently, the undersigned is requesting that jury selection and trial be continued for at least 90 days.

8. The delay by this Motion is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

9. In addition, in light of the foregoing, the undersigned is requesting an extension to file pre-trial motions for 60 days.

10. Assistant United States Attorney Geoff MacArthur is unopposed to this Motion.

WHEREFORE, for the foregoing reasons, it is respectfully requested that jury selection and trial be continued for at least 90 days and an extension to file pre-trial motions for at least 60 days.

Dated:   March 4, 2023

                                  MIELE & RYMSZA, P.C.

                                  By:   s/ Edward J. Rymsza
                                          Edward J. Rymsza, Esq.
                                          Pa. I.D. No. 82911
                                          Attorney for Defendant
                                          125 East Third Street
                                          Williamsport, PA  17701
                                          (570) 322-2113
                                          (570) 322-8813 (facsimile)
                                          rymsza@comcast.net

**CERTIFICATE OF SERVICE**

I, Edward J. Rymsza, Esq., hereby certify that on this 4th day of March 2023, I served the foregoing Motion to Continue Jury Selection and Trial upon Geoff MacArthur, Esq. by electronic mail.

Dated:   March 4, 2023

                        MIELE & RYMSZA, P.C.

                        By:   s/ Edward J. Rymsza
                              Edward J. Rymsza, Esq.
                              Pa. I.D. No. 82911
                              Attorney for Defendant
                              125 East Third Street
                              Williamsport, PA  17701
                              (570) 322-2113
                              (570) 322-8813 (facsimile)
                              rymsza@comcast.net