**CERTIFICATE OF CONCURRENCE**

I, Edward J. Rymsza, Esq., hereby state that Assistant United States Attorney Geoff MacArthur has indicated that he is unopposed and concurs in the foregoing motion.

Dated:    March 4, 2023

                              MIELE & RYMSZA, P.C.

                              By:   s/ Edward J. Rymsza___
                                    Edward J. Rymsza, Esq.
                                    Attorney for Defendant
                                    Pa. I.D. No. 82911
                                    125 East Third Street
                                    Williamsport, PA  17701
                                    (570) 322-2113
                                    (570) 322-8813 (facsimile)
                                    rymsza@comcast.net