IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : No. 4:22-CR-361 |
| DANIEL PICCA, | : |
| | : |
| Defendant. | : (Chief Judge Brann) |

**ORDER**

AND NOW, this _____ day of _____ 2023, after consideration of the above-captioned Defendant's Unopposed Motion to Continue Jury Selection and Trial and for an Extension to File Pre-trial Motions, it is hereby ORDERED and DIRECTED that the Motion is GRANTED.

Jury selection and trial are continued until _____, 2023.

Any pre-trial motions, if any, shall be file don or before, _____, 2023.

For purposes of the Speedy Trial Act, the period of delay resulting from the requested continuance is excludable in accordance with 18 U.S.C. § 3161(h)(7)(A).

BY THE COURT:

_____
Matthew W. Brann
United States District Judge