**CERTIFICATE OF CONCURRENCE**

I, Edward J. Rymsza, Esq., hereby state that Assistant United States Attorney Geoff MacArthur concurs in the foregoing motion.

Dated:   June 5, 2023

                              MIELE & RYMSZA, P.C.

                              By:   s/ Edward J. Rymsza___
                                       Edward J. Rymsza, Esq.
                                       Attorney for Defendant
                                       Pa. I.D. No. 82911
                                       125 East Third Street
                                       Williamsport, PA  17701
                                       (570) 322-2113
                                       (570) 322-8813 (facsimile)
                                       rymsza@comcast.net