IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA    :
                            :
         v.                 :
                            : No. 4:22-CR-361
DANIEL J. PICCA,            :
                            :
         Defendant.         : (Chief Judge Brann)
```

**<u>ORDER</u>**

AND NOW, this _____ day of June 2023, after consideration of Defendant's Unopposed Motion to Continue Jury Selection and Trial and for an Extension to File Pre-trial Motions, it is hereby ORDERED and DIRECTED that the motion is GRANTED.

Jury selection and trial are continued until _____, 2023.

Any pre-trial motions shall be filed on or before _____, 2023.

For purposes of the Speedy Trial Act, the period of delay resulting from the requested continuance is excludable in accordance with 18 U.S.C. § 3161(h)(7)(A).

By the Court:

_____
Matthew W. Brann
United States District Judge