IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-00361 |
| v. | (Chief Judge Brann) |
| DANIEL J. PICCA, | |
| Defendant. | |

# ORDER

**JUNE 5, 2023**

**BACKGROUND:**

On October 12, 2022, a grand jury sitting in the Middle District of Pennsylvania returned an Indictment as to the above-named defendant. Jury selection and trial are currently scheduled for June 5, 2023.

On June 5, 2023, Defendant moved for a continuance of jury selection and trial to allow additional time to obtain and review the entire discovery, conduct a proper investigation, and to determine what if any, pretrial motions are needed. Defendant is asking for a 90-day continuance. Defendant has obtained concurrence of opposing counsel. Trial will be continued to the September 2023 term of this Court.

The court makes the following findings:

1. Defendant's counsel has requested a continuance to obtain and review the entire discovery, conduct a proper investigation, and to determine what if any, pretrial motions are needed.

2. Failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. Failure to grant the requested continuance would be likely to result in a miscarriage of justice.

4. The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

5. For purposes of the Speedy Trial Act, the period of delay resulting from the requested continuance is excludable in accordance with 18 U.S.C. § 3161 (h)(7)(A).

**NOW, THEREFORE, IT IS ORDERED** that:

1. Defendant's Motion to Continue Jury Selection and Trial, Doc. 26, is **GRANTED**.

2. Jury selection is continued from June 5, 2023 to **September 11, 2023 at 9:30 a.m.**, in Courtroom No. 1, United States Courthouse and Federal Building, Fourth Floor, 240 West Third Street, Williamsport, Pennsylvania.

3. The deadline for filing pretrial motions is extended until August 1, 2023.

4. For purposes of the Speedy Trial Act, the period of delay resulting from this continuance is excluded in accordance with 18 U.S.C. § 3161 (h)(7)(A).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge