# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### **NOTICE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:22-CR-00361 |
| | ) | |
| v. | ) | (BRANN, C.J.) |
| | ) | |
| DANIEL J. PICCA, | ) | |
|     Defendant | ) | (ARBUCKLE, M.J.) |
| | ) | |

Type of Case:

( ) Civil     (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | COURTROOM No. 3 |
| Federal Building | 3rd Floor |
| 240 West Third Street | **March 26, 2024** |
| Williamsport, PA 17701 | Time: **11:00 a.m.** |

TYPE OF PROCEEDING:          **Arraignment on Superseding Indictment**

                                                                       Peter J. Welsh, Clerk of Court
                                                                       *s/Christine A. Williamson*
                                                                       Christine A. Williamson, Deputy Clerk

DATED:  March 15, 2024

To:         U.S. Attorney's Office – Geoffrey W. MacArthur
               Defendant – via defense counsel – Edward J. Rymsza
               U.S. Marshal
               Pretrial / Probation
               File