IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-0361 |
| v. | (Chief Judge Brann) |
| DANIEL J. PICCA, | |
| Defendant. | |

### ORDER

**DECEMBER 30, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Picca's motion to dismiss (Doc. 65) is **DENIED**;

2. Picca's motion to suppress (Docs. 67, 69) is **DENIED**;

3. Picca's motion to modify (Doc. 63) is **GRANTED**;

4. The condition of home detention is **LIFTED**, and a condition of curfew between 8:00 p.m. and 7:00 a.m. is **IMPOSED**, effective January 13, 2026;

5. The condition of electronic location monitoring is **LIFTED**, and a condition of GPS monitoring is **IMPOSED**, effective January 13, 2026;

6. All other conditions of supervised release, as amended (*see* Doc. 94), remain in effect.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge
