**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL J. PICCA,<br><br>Defendant. | No. 4:22-CR-00361<br><br>(Chief Judge Brann) |

## ORDER

**NOVEMBER 18, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. 109) is **GRANTED IN PART** and **DENIED IN PART**;
   a. The Motion is **GRANTED** in that the Superseding Indictment is **DISMISSED** based on a violation of the Speedy Trial Act;
   b. The Motion is **DENIED** in that the superseding indictment is **DISMISSED WITHOUT PREJUDICE** and Defendant's Sixth Amendment Claim is **DENIED**;
2. The date-certain trial scheduled to begin on January 11, 2027 is **CANCELLED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge